AO 91 (Rev. 5/85) Warrant for Arrest

FILED

JUN 27 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ WC
DEPUTY CLERK

# United States District Court

Western   DISTRICT OF   Texas

United States
V.
Ma Del Carmen Mora-Flores

**WARRANT FOR ARREST**
CASE NUMBER: DR22- M-01491,001

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ma Del Carmen Mora-Flores___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of Court __ Violation Notice __ Probation Violation

Charging her with knowingly and willfully making false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers as she applied for admission to enter the United States. The defendant, Ma Del Carmen Mora-Flores, made false statements to Customs and Border Protection Officers about being a bonafide visitor and presented Officers with a fraudulent Lincoln Visa and Form I-94 Travel Permit in order to facilitate her entry into the United States.

In Violation of Title __18__ United States Code, Section(s) __1001__.

| Collis White U.S. Magistrate Judge | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 27, 2022   Del Rio, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __DETAIN__ by   Collis White U.S. Magistrate Judge
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __Del Rio, Texas.__

| DATE RECEIVED | Name and Title of Arresting Officer | Signature |
|---|---|---|
| June 27, 2022 | Rogelio Ulloa | *(signature)* |
| DATE ARRESTED | | |
| June 24, 2022 | Customs & Border Protection Enforcement Officer | |